# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1745
Lower Tribunal No. 13-DR-004771

_____

KIMBERLY PARMELEE f/k/a KIMBERLY GOODMAN,

Appellant,

v.

SEAN GOODMAN,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and GANNAM, JJ., concur.


Kimberly Parmelee, Islamorada, pro se.

Sean Goodman, Fort Myers, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED